

| VIRGINIA RUTH PHILLIPS A.K.A. VIRGINIA RUTH GREENE, | § | No. 08-19-00167-CR |
| Appellant, | § | Appeal from the |
| v. | § | 35th District Court |
| THE STATE OF TEXAS, | § | of Brown County, Texas |
| Appellee. | § | (TC# CR25990) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH OF NOVEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.